## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY BATTLE, JR. | CIVIL ACTION |
| v. | No. 2:24-cv-02801 |
| VISIONQUEST NATIONAL, LTD. | |

## ANSWER OF DEFENDANT, VISIONQUEST NATIONAL, LTD., TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES

Defendant, VisionQuest National, Ltd. (hereinafter "Answering Defendant"), by and through counsel, Deasey, Mahoney & Valentini, LTD., hereby responds to Plaintiff's Complaint as follows:

1. Denied as stated. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, Answering Defendant specifically denies the allegation that its programs were unsafe and/or ineffective.

2. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

3. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

4. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil

1

Procedure.  By way of further response, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

5.      Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

6.      Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

7.      Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

8.      Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

**JURISDICTION AND VENUE**

9.      Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

#11852478v1

10.     Admitted in part, denied in part.  It is admitted only that Answering Defendant is a citizen of the State of Arizona.  It is specifically denied that Answering Defendant's principal place of business is as stated in Plaintiff's Complaint.

11.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

12.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

13.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

14.      Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

## PARTIES

15.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the factual averments contained in this paragraph of Plaintiff's Complaint and, therefore, the same are denied and strict proof thereof is demanded.

#11852478v1

16.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.  By way of further response, to the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph.

17.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, to the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph.

18.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

19.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies the characterization if its services as stated in this paragraph.

20.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies the characterization if its services as stated in this paragraph.

#11852478v1

21.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

22.    Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24.  By way of further Answer, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph.

23.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies all allegations of employment status as alleged.

24.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies all allegations of employment status as alleged.

25.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies all allegations of employment status as alleged.

#11852478v1

26.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  Answering Defendant specifically denies all allegations of negligence either as alleged in this paragraph or in any other manner whatsoever.  By way of further response, Answering Defendant denies all allegations of employment status as alleged.

## FACTUAL ALLEGATIONS

27.     Denied. To the extent that the allegations in this paragraph assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24.  By way of further response, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded.

28.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded.   To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

29.     Denied. To the extent that the factual allegations in this paragraph assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24.  By way of further Answer, the averments

6

contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

30. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

31. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

32. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies

#11852478v1

the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

33.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

34.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

35.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to

#11852478v1

construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

36. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

37. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

38. Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24. By way of further Answer, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof

#11852478v1

thereof is demanded.  To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

39.     Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24.  By way of further Answer, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded.  To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

40.     Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24.  The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

#11852478v1

41. Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24. By way of further Answer, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

42. Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24. By way of further Answer, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

43. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies

11

the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

44. Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24. By way of further Answer, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

45. Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24. By way of further Answer, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

#11852478v1

46. Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24. By way of further Answer, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

47. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

48. Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24. By way of further Answer, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof

13

thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

49. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

50. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

51. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to

#11852478v1

construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

52. Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24. By way of further Answer, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded. To the extent that the averments contained in this paragraph seek to construe and/or characterize the contents of a written document, such construction and/or characterization is denied.

**B. The Sexual Abuse of the Plaintiff**

53. Denied. To the extent that the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law, no responsive pleading is required under the Federal Rules of Civil Procedure. Should a responsive pleading be required, after reasonable investigation Answering Defendant is without sufficient knowledge or information to admit or deny the factual allegations in this paragraph and, therefore, they are denied and strict proof thereof is demanded.

54. Denied. To the extent that the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law, no responsive pleading is required under the Federal Rules of Civil Procedure. Should a responsive pleading be required, after reasonable investigation Answering Defendant is without sufficient knowledge or information to admit or deny the

#11852478v1

factual allegations in this paragraph and, therefore, they are denied and strict proof thereof is demanded.

55.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further answer and after reasonable investigation, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

56.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further answer and after reasonable investigation, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

57.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further answer and after reasonable investigation, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

58.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further answer and after reasonable investigation, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

59.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further answer and after reasonable investigation, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

#11852478v1

60.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further answer and after reasonable investigation, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

61.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further answer and after reasonable investigation, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

62.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further answer and after reasonable investigation, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

63.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further answer and after reasonable investigation, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

64.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further answer and after reasonable investigation, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

65.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil

#11852478v1

Procedure. By way of further answer and after reasonable investigation, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

66. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

67. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

68. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

69. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

70. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

71. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil

#11852478v1

Procedure. By way of further response, to the extent this paragraph contains averments of fact, the same are denied and strict proof thereof is demanded.

72. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

73. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

74. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

75. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. To the extent this paragraph contains averments of fact, Answering Defendant denies the characterization if its services as stated in this paragraph and the same are denied and strict proof thereof is demanded.

76. Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24. By way of further Answer, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of

#11852478v1

further response, Answering Defendant specifically denies all allegations of employment status as alleged.

77. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

78. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

79. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, Answering Defendant denies all allegations of negligence and/or recklessness either as alleged or in any other manner whatsoever.

80. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

81. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

82. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

#11852478v1

83.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

84.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

85.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

86.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

87.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

89.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

#11852478v1

90.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of negligence, gross negligence, recklessness, and/or punitive behavior either as alleged or in any other manner whatsoever.

91.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of negligence, gross negligence, recklessness, and/or punitive behavior either as alleged or in any other manner whatsoever.  By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

92.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

## COUNT I
## NEGLIGENCE

93.     Answering Defendant incorporates by reference herein its responses to the averments contained in Paragraphs 1 through 92 of Plaintiff's Complaint as fully as though the same were set forth herein.

94.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

22

95.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

96.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

97.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

98.      Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

99.     (a. – dd.)  Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24.  By way of further response, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of recklessness, negligence, and/or carelessness either as alleged or in any other manner whatsoever.

100.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil

#11852478v1

Procedure. By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

101. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, Answering Defendant specifically denies all allegations of negligence either as alleged or in any other manner whatsoever.

102. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

103. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

104. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

105. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

#11852478v1

106.    **WHEREFORE**, Answering Defendant, VisionQuest National LTD., demands judgment in its favor and against Plaintiff on Plaintiff's Complaint, together with interest and cost and whatever further relief This Honorable Court deems appropriate under the circumstances.

**COUNT II**
**NEGLIGENT SUPERVISION AND RETENTION**

107.    Answering Defendant incorporates by reference herein its responses to the averments contained in Paragraphs 1 through 106 of Plaintiff's Complaint as fully as though the same were set forth herein.

108.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

109.    Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24.  By way of further Answer, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

110.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

111.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil

#11852478v1

Procedure.  By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

112.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

113.     Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24.  By way of further Answer, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

114.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

115.     (a. – l.)  Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24.  By way of further Answer, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By

#11852478v1

way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

116.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

117.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

118.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

119.    **WHEREFORE**, Answering Defendant, VisionQuest National LTD., demands judgment in its favor and against Plaintiff on Plaintiff's Complaint, together with interest and cost and whatever further relief This Honorable Court deems appropriate under the circumstances.

**COUNT III**
**NEGLIGENT HIRING**

120.    Answering Defendant incorporates by reference herein its responses to the averments contained in Paragraphs 1 through 119 of Plaintiff's Complaint as fully as though the same were set forth herein.

27

121.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

122.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

123.     (a. – g.)  Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24. By way of further Answer, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, Answering Defendant specifically denies all allegations of recklessness, negligence, and/or carelessness either as alleged or in any other manner whatsoever. By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

124.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

125.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, Answering Defendant specifically denies all allegations of negligence either as alleged or in any other manner whatsoever.

#11852478v1

126.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

127.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

128.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

129.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

130.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

131.     **WHEREFORE**, Answering Defendant, VisionQuest National LTD., demands judgment in its favor and against Plaintiff on Plaintiff's Complaint, together with interest and cost and whatever further relief This Honorable Court deems appropriate under the circumstances.

#11852478v1

## COUNT IV
## GROSS NEGLIGENCE

132.     Answering Defendant incorporates by reference herein its responses to the averments contained in Paragraphs 1 through 131 of Plaintiff's Complaint, as fully as though the same were set forth herein.

133-135.     This paragraph of Plaintiff's Complaint has been dismissed pursuant to this Honorable Court's Order of 7/18/24, and therefore, no responsive pleading is required under the Federal Rules of Civil Procedure.

136.     **WHEREFORE**, Answering Defendant, VisionQuest National LTD., demands judgment in its favor and against Plaintiff on Plaintiff's Complaint, together with interest and cost and whatever further relief This Honorable Court deems appropriate under the circumstances.

## COUNT V
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

137.     Answering Defendant incorporates by reference herein its responses to the averments contained in Paragraphs 1 through 136 of Plaintiff's Complaint as fully as though the same were set forth herein.

138.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

139.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

#11852478v1

140.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

141.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

142.     Denied. To the extent that the factual allegations in this paragraph allege and/or assert a claim for recovery of damages for physical or emotional abuse that is not sexual in nature, all such claims have been dismissed per the Stipulation dated 7/18/24.  By way of further response, the averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

143.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

144.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of negligence either as alleged or in any other manner whatsoever.  By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

145.     Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil

#11852478v1

Procedure. By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

146. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

147. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, Answering Defendant specifically denies all allegations of negligence either as alleged or in any other manner whatsoever. By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

148. Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure. By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

149. **WHEREFORE**, Answering Defendant, VisionQuest National LTD., demands judgment in its favor and against Plaintiff on Plaintiff's Complaint, together with interest and cost and whatever further relief This Honorable Court deems appropriate under the circumstances.

## COUNT VI
## BREACH OF FIDUCIARY DUTY

150. Answering Defendant incorporates by reference herein its responses to the averments contained in Paragraphs 1 through 149 of Plaintiff's Complaint as fully as though the same were set forth herein.

#11852478v1

151.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

152.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

153.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

154.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant specifically denies all allegations of employment status as alleged.

155.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.

156.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil Procedure.  By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

157.    Denied. The averments contained in this paragraph of Plaintiff's Complaint state conclusions of law to which no responsive pleading is required under the Federal Rules of Civil

#11852478v1

Procedure. By way of further response, Answering Defendant denies all allegations of injuries, damages and/or losses.

158.     **WHEREFORE**, Answering Defendant, VisionQuest National LTD., demands judgment in its favor and against Plaintiff on Plaintiff's Complaint, together with interest and cost and whatever further relief This Honorable Court deems appropriate under the circumstances.

## JURY DEMAND

159.     This paragraph of Plaintiff's Complaint requires no responsive pleading under the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

160.     **WHEREFORE**, Answering Defendant, VisionQuest National LTD., demands judgment in its favor and against Plaintiff on Plaintiff's Complaint, together with interest and cost and whatever further relief This Honorable Court deems appropriate under the circumstances.

## AFFIRMATIVE DEFENSES

Answering Defendant reserves the right to assert any and all applicable defenses to Plaintiff's claims. Without limiting the generality of the foregoing, and without regard to whether the defenses set forth below are affirmative defenses within the meaning of FED. R. CIV. P. 8(c), and without conceding that any such defense must be set forth in its Answer, Answering Defendant states as follows:

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

At no time material hereto did Answering Defendant act in bad faith or wantonly, recklessly, or maliciously, or with a disregard for Plaintiff's health, safety and welfare.

#11852478v1

## THIRD AFFIRMATIVE DEFENSE

Plaintiff may not have filed this cause of action within the appropriate time provided by the applicable statute of limitations nor provided the required notice to Defendant.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the Doctrine of Release.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the Doctrine of Laches.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint, to the extent it may seek punitive damages, violates Answering Defendant's rights to procedural and substantive due process under the Fifth and Fourteenth Amendments of the United States Constitution and the Constitution of the Commonwealth of Pennsylvania and the Answering Defendant's rights to protection from excessive fines as provided for in the Eighth Amendment of the United States Constitution and Article 1 Section 8 of the Constitution of the Commonwealth of Pennsylvania.

## SEVENTH AFFIRMATIVE DEFENSE

Answering Defendant did not breach any duty owed to Plaintiff.

## EIGHTH AFFIRMATIVE DEFENSE

If Plaintiff has suffered any injury, which Answering Defendant denies, then this injury was caused by the acts and/or omissions of the Plaintiff and not by the acts and/or omissions of Answering Defendant.

## NINTH AFFIRMATIVE DEFENSE

Answering Defendant did not act negligently, grossly negligently, recklessly, willfully, or intentionally commit any wrongful acts causing injury or damage to the Plaintiff, and, in the

#11852478v1

absence of such conduct, there can be no liability on the part of this Answering Defendant to the Plaintiff in this case.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or limited by the doctrines of res judicata or collateral estoppel.

## ELEVENTH AFFIRMATIVE DEFENSE

To the extent Plaintiff requests monetary relief, Defendant is protected from liability and suit by Eleventh Amendment immunity and the doctrine of qualified immunity.

## TWELFTH AFFIRMATIVE DEFENSE

Answering Defendant had no involvement in the allegations of Plaintiff's Complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE

Defendant asserts limited immunity and protection from liability under the Mental Health Procedures Act, 50 P.S. § 7114(a), <u>et seq</u>.

## FOURTEENTH AFFIRMATIVE DEFENSE

Answering Defendant cannot be liable to the Plaintiff because Defendant acted appropriately at all times and could not have known in advance that any incident alleged in the Complaint was to take place.

## FIFTEENTH AFFIRMATIVE DEFENSE

The damages complained of by Plaintiff, if any, were not proximately caused by Answering Defendant.

## SIXTEENTH AFFIRMATIVE DEFENSE

At all times material hereto, Answering Defendant acted with due care and complied with all requirements of applicable law.

#11852478v1

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages and/or injuries are not the result of any alleged conduct of Answering Defendant.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Answering Defendant asserts all common law and statutory immunity and qualified immunity defenses to which it may be entitled.

## NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the Political Subdivision Tort Claims Act, 42 Pa.C.S.A. 8541, et seq.

## TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff's claims are limited or barred by the doctrines of contributory or comparative negligence, and/or assumption of the risk.

## TWENTY- FIRST AFFIRMATIVE DEFENSE

If Plaintiff has suffered any compensable injury, then these injuries were caused by acts and/or omissions of other individuals over whom Answering Defendant neither has the duty nor the ability to control, and not by any acts and/or omissions of the Answering Defendant.

## TWENTY- SECOND AFFIRMATIVE DEFENSE

The negligent acts or omissions of other individuals and/or entities may have constituted intervening and/or superseding causes of the damages or injuries alleged to have been sustained by Plaintiff.

## TWENTY- THIRD AFFIRMATIVE DEFENSE

Plaintiff did not suffer any injuries from the incident alleged in Plaintiff's Complaint and/or any injuries alleged by Plaintiff were *de minimis*.

#11852478v1

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Answering Defendant may be barred by superseding and/or intervening criminal acts of others.

## TWENTY- FIFTH AFFIRMATIVE DEFENSE

Answering Defendant had no prior notice of any of the alleged actions on the part of its employee(s) as alleged in Plaintiff's Complaint and therefore owed no duty to the Plaintiff.

## TWENTY- SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are the result of acts or omissions of other individuals or entities whose acts or omissions constituted intervening and/or superseding causes over which Answering Defendant had no control and which Answering Defendant could not foresee.

## TWENTY- SEVENTH AFFIRMATIVE DEFENSE

To the extent that any employee(s) and/or agent(s) of this Answering Defendant performed any of the acts and/or omissions alleged in Plaintiff's Complaint, such acts and/or omissions were performed outside the course and scope of such employee(s) or agent(s) duties and responsibilities, and Answering Defendant is not legally responsible for their conduct.

## TWENTY- EIGHTH AFFIRMATIVE DEFENSE

Answering Defendant exercised due care for the safety, guidance, and welfare of Plaintiff at all relevant times hereto.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

Plaintiff has failed to join all indispensable parties.

#11852478v1

## THIRTIETH AFFIRMATIVE DEFENSE

Defendant reserves, and does not waive, the right to assert any and all defenses at such time and to such extent as discovery and factual developments in this case establish a basis, therefore.

**WHEREFORE**, Answering Defendant, VisionQuest National LTD., demands judgment in its favor and against Plaintiff on Plaintiff's Complaint together with interest and cost and whatever further relief This Honorable Court deems appropriate under the circumstances.


**DEASEY, MAHONEY & VALENTINI, LTD.**


BY: _____
       GERALD J. VALENTINI, ESQUIRE
       MICHAEL P. RAUSCH, ESQUIRE
       MARIA V. GO, ESQUIRE
       Counsel for Defendant,
       VisionQuest National, LTD
       1601 Market Street, Suite 3400
       Philadelphia, PA 19103
       (215) 587-9400
       (215) 587-9456 – fax
       gvalentini@dmvlawfirm.com
       mrausch@dmvlawfirm.com
       mgo@dmvlawfirm.com


Dated: August 27, 2024

#11852478v1

## CERTIFICATE OF SERVICE

I, Gerald J. Valentini, Esquire, counsel for Defendant, VisionQuest National, LTD., hereby certify that a true and correct copy of Defendant's Answer to Plaintiff's Complaint was filed electronically and is available for viewing and downloading from the ECF system.

**DEASEY, MAHONEY & VALENTINI, LTD.**

BY: _____

GERALD J. VALENTINI, ESQUIRE
Counsel for Defendant,
VisionQuest National, LTD
1601 Market Street, Suite 3400
Philadelphia, PA  19103
(215) 587-9400/(215) 587-9456 – fax
gvalentini@dmvlawfirm.com

Dated: August 27, 2024