IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY BATTLE, JR., <br><br> Plaintiff, <br><br> v. <br><br> VISIONQUEST NATIONAL, LTD., <br><br> Defendants. | Civil Action No. 2:24-cv-02801 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereto, through their undersigned counsel, hereby stipulate that the entire action shall be dismissed without prejudice and with each side to bear their own costs.

Respectfully submitted,

**LEVY KONIGSBERG, LLP**

BY: /s/ Corey M. Stern
COREY M. STERN, ESQ.
605 Third Avenue, 33rd Floor
New York, NY 10158
Phone: (212) 605-6200
cstern@levylaw.com

*Attorney for Plaintiff,
Stanely Battle, Jr.*

**THOMAS, THOMAS & HAFER LLP**

BY: /s/ Gerald J. Valentini
GERALD J. VALENTINI, ESQ.
1600 JFK Blvd. Suite 1060
Philadelphia, PA 19130
(215) 564.2928
gvalentini@tthlaw.com

*Attorney for Defendant,
VisionQuest National, Ltd.*

Date: April 30, 2025

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY BATTLE, JR., <br><br> Plaintiff, <br><br> v. <br><br> VISIONQUEST NATIONAL, LTD., <br><br> Defendants. | Civil Action No. 2:24-cv-028401-GAM |

## CERTIFICATE OF SERVICE

I, Gerald J. Valentini, Esquire, hereby certifies that a true and correct copy of the foregoing Joint Stipulation of Dismissal, has been filed electronically and is available for review and retrieval on the court system's website, by counsel of record.

THOMAS, THOMAS & HAFER LLP

_____
Gerald J. Valentini, Esquire
Counsel for Defendant, VisionQuest National, LTD.

Date: April 30, 2025